IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 2:22-CR-___ |
| v. | § | JUDGES GILSTRAP/PAYNE_____ |
| | § | |
| BRYAN CASE | § | SEALED |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### General Allegations

At all times relevant to this Indictment:

1.      **Bryan Case,** doing business as ("d/b/a") Fast Cash Pawn, was a dealer in firearms, licensed under the provisions of Chapter 44 of Title 18 of the United States Code.  Fast Cash Pawn was located at 1209 Linda Drive in Daingerfield, in Morris County, in the Eastern District of Texas.

2.      The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), is an agency within the United States Department of Justice (DOJ).  As part of its lawful functions, ATF is responsible for enforcing federal firearms laws and preventing illegal firearms trafficking.  ATF issues licenses to firearms dealers and issues regulations governing the sale and distribution of firearms and ammunition.

3.      Whenever a federal firearms licensee (FFL) transfers or sells a firearm, a Firearms Transaction Record, ATF Form 4473 (Form 4473), must be completed by the transferee or buyer and the FFL.  The information and certification on the form are designed so that an FFL may determine if he or she may lawfully sell or deliver a firearm

Indictment – Page 1

to a buyer, and to alert the buyer about certain restrictions on the receipt and possession of firearms.  Section A of Form 4473, completed by the transferee or buyer, requires that person to give his or her name, address, and other identifying information, and to sign under the penalty of perjury acknowledgements (Sections A and C) that he or she is the actual person buying the firearm and that he or she is not legally prohibited from acquiring a firearm. Form 4473 also requires that the transferee/buyer must present valid government-issued photo identification to the FFL at the time of purchase.

4.      Section A of Form 4473 contains questions for the transferee or buyer to answer in order to determine whether the transferee or buyer is prohibited under federal law from receiving a firearm.  One of the questions states, "Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you."

5.      Section B of Form 4473 is completed by the transferor or seller, the FFL. The FFL is required to answer the questions on the form to determine whether the purchase is permitted under federal law and to document the government-issued identification presented by the transferee or buyer.  The FFL must contact the National Instant Criminal Background Check System (NICS) to run a background check on the transferee or buyer and document the response, whether the transaction should "proceed," be "delayed," be "denied," or "cancelled" on the Form 4473.  The FFL must also record a unique identification number provided by NICS to verify that NICS was indeed contacted prior to the transfer or sale of the firearm.  The FFL signs the Form 4473, certifying that

Indictment – Page 2

the FFL's answers to Section B and D are true, correct, and complete; that the FFL verified the identification presented; and that it is his or her belief that it is not unlawful to sell, deliver, transport or otherwise dispose of the firearm to the person identified in Section A as the transferee or buyer.

6.  FFLs are subject to federal regulations requiring them to retain all completed Form 4473s in their permanent records.  One reason for such a requirement is to enable the federal government and its agents to verify the legitimate sale of firearms. FFLs are also required to keep a book, referred to as the "Acquisitions and Dispositions" (A&D) book, in their permanent records in which all acquisition and dispositions of firearms are recorded, including the manufacturer, model and serial number of the firearm; the transaction date; and the name and address of the transferee/buyer.

## COUNT ONE

<u>Violation</u>:  18 U.S.C. § 371
(Conspiracy to Commit Offense Against the United States and to Defraud the United States)

1.  The General Allegations section of this indictment is realleged and incorporated by reference as though fully set forth herein.

2.  From in or about January 2018, and continuing through in or about August 2018, the exact dates being unknown to the grand jury, in the Eastern District of Texas, the defendant, **Bryan Case**, along with Oscar Dean Davis, and others, both known and unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, and agree to:

Indictment – Page 3

a. defraud the United States of America by deceitful and dishonest means for the purpose of impeding, impairing, obstructing, and defeating the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), an agency of the United States, in its official business and lawful functions in enforcing federal firearms laws and regulations, and preventing illegal firearms trafficking; and

b. knowingly cause false representations to be made with respect to information required to be kept in the records of a federal firearms licensee (FFL), licensed under Chapter 44 of Title 18 of the United States Code, in violation of 18 § 924(a)(1)(A).

## **Manner and Means of the Conspiracy**

The manner and means by which the defendant and his co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among others, the following:

3.      It was part of the conspiracy that **Bryan Case** completed sales of firearms through individuals who falsely claimed to be the actual buyers or transferees of the firearms (i.e. "Straw Purchasers"), disguising the identity of the true buyer or transferee, Oscar Dean Davis.

4.      It was further part of the conspiracy that **Bryan Case** and Oscar Dean Davis would create and cause to be crated records retained by **Bryan Case**, a federally licensed firearms dealer, that falsely represented the identities of the actual buyers or transferees, concealing the identity of the true buyer or transferee from ATF.

Indictment – Page 4

## Overt Acts

In furtherance of the conspiracy and to achieve its objects and purpose, the following overt acts, among others, were committed in the Eastern District of Texas:

5.      Oscar Dean Davis recruited Straw Purchasers and directed them to Fast Cash Pawn to pose as the actual buyers or transferees of the firearms listed in Counts Two through Six of this indictment.

6.      Oscar Dean Davis caused the Straw Purchasers to falsely represent on ATF Forms 4473 that they were the actual buyers or transferees of the firearms listed in Counts Two through Six, when in fact they were not the actual buyers or transferees.

7.      **Bryan Case** aided and abetted the fraudulent purchases of the firearms listed in Counts Two Through Six by allowing the Straw Purchasers to complete the Forms 4473, signing the Forms 4473, submitting the Straw Purchasers' identifying information to NICS representatives, and completing the sales transactions, while knowing that the true buyer of transferee was, in fact, Oscar Dean Davis.

8.      **Bryan Case** made false representations regarding the identities of the true buyers or transferees of the firearms listed in Counts Two through Six in his permanent records, including the Form 4473s and the logs of firearms acquisitions and dispositions.

All in violation of 18 U.S.C. § 371.

Indictment – Page 5

## COUNTS TWO-THREE

Violation:  18 U.S.C. §§ 924(a)(1)(A)
and 2
(Aiding and Abetting False Statements in
Firearms Transactions)

1.      The General Allegations section of this indictment is realleged and incorporated by reference as though fully set forth herein.

2.      On or about the following dates, in the Eastern District of Texas, the defendant **Bryan Case**, aided and abetted the making of false statements and representations with respect to information, required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of **Bryan Case**, d/b/a Fast Cash Pawn, a federal firearms licensee (FFL), licensed under Chapter 44 of Title 18, United States Code.  Specifically, **Bryan Case** knowingly aided and abetted by allowing and certifying Straw Purchaser #1 to claim falsely on ATF Forms 4473 that they were the actual buyer or transferee of the following firearms:

| Count | Date | Firearm(s) |
|---|---|---|
| 2 | May 22, 2018 | 1. DPMS, model A-15, .223 Caliber Rifle, serial number FFH234804<br>2. DPMS, model A-15, .223 Caliber Rifle, serial number FFH228466<br>3. DPMS, model A-15, .223 Caliber Rifle, serial number FFH235029<br>4. DPMS, model A-15, .223 Caliber Rifle, serial number FFH225744<br>5. DPMS, model A-15, .223 Caliber Rifle, serial number FFH234819<br>6. Diamond Back, Model DB-15, 5.56 Caliber Rifle, serial number DB1562346<br>7. DPMS, model A-15, .223 Caliber Rifle, serial number FFH234819 (duplicate serial on form) |

Indictment – Page 6

| | | 8. KelTec, model CMR-30, 22 mag caliber rifle, serial number Y5U11 |
|---|---|---|
| 3 | June 19, 2018 | 1. Sig Sauer, model P320, .45 Caliber Pistol, serial number 58B188640 |

In fact, **Bryan Case** knew Straw Purchaser #1 was not the actual buyer or transferee of the firearms.

In violation of 18 U.S.C. §§ 924(a)(1)(A) and 2.

## COUNTS FOUR-SIX

Violation:  18 U.S.C. §§ 924(a)(1)(A) and 2
(Aiding and Abetting False Statements in Firearms Transactions)

1.     The General Allegations section of this indictment is realleged and incorporated by reference as though fully set forth herein.

2.     On or about the following dates, in the Eastern District of Texas, the defendant, **Bryan Case,** aided and abetted the making of false statements and representations with respect to information, required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of **Bryan Case**, d/b/a Fast Cash Pawn, a federal firearms licensee (FFL), licensed under Chapter 44 of Title 18, United States Code.  Specifically, **Bryan Case** knowingly aided and abetted by allowing and certifying Straw Purchaser #2 to claim falsely on ATF Forms 4473 that they were the actual buyer/transferee of the following firearms:

| Count | Date | Firearm(s) |
|---|---|---|
| 4 | January 8, 2018 | 1. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49483Y |

|  |  | 2. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49466Y |
|  |  | 3. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49550Y |
|  |  | 4. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49437Y |
|  |  | 5. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49482Y |
|  |  | 6. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49420Y |
|  |  | 7. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49478Y |
|  |  | 8. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49533Y |
|  |  | 9. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49549Y |
|  |  | 10. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49419Y |
|  |  | 11. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49464Y |
|  |  | 12. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49467Y |
|  |  | 13. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49554Y |
|  |  | 14. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49485Y |
|  |  | 15. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49480Y |
|  |  | 16. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49535Y |
|  |  | 17. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49534Y |
|  |  | 18. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49521Y |
|  |  | 19. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49481Y |
|  |  | 20. Beretta, model 85 FS, 9 short Caliber Pistol, serial number F49436Y |
|  |  | 21. S&W, model BG380, .380 Caliber Pistol, serial number KEB5764 |
|  |  | 22. S&W, model BG380, .380 Caliber Pistol, serial number KEB5629 |
|  |  | 23. S&W, model BG380, .380 Caliber Pistol, serial |

Indictment – Page 8

| | | |
|---|---|---|
| | | number KEB5632<br>24. S&W, model BG380, .380 Caliber Pistol, serial number KEB5603<br>25. S&W, model BG380, .380 Caliber Pistol, serial number KEB5607<br>26. S&W, model BG380, .380 Caliber Pistol, serial number KEB5642<br>27. S&W, model BG380, .380 Caliber Pistol, serial number KEB5769<br>28. S&W, model BG380, .380 Caliber Pistol, serial number KEB5658<br>29. S&W, model BG380, .380 Caliber Pistol, serial number KEF1728<br>30. Hi-Point, model C9, 9mm Pistol, serial number P10030051 |
| 5 | March 21, 2018 | 1. Century Arms, model RAS-47, 7.62 Caliber Rifle, serial number RAS47100102<br>2. Century Arms, model RAS-47, 7.62 Caliber Rifle, serial number RAS47083227<br>3. Century Arms, model RAS-47, 7.62 Caliber Rifle, serial number RAS47082788<br>4. Century Arms, model RAS-47, 7.62 Caliber Rifle, serial number RAS47100650<br>5. Century Arms, model RAS-47, 7.62 Caliber Rifle, serial number RAS47100359<br>6. DPMS, model A-15, .223 Caliber Rifle, serial number FFH171843 |
| 6 | August 25, 2018 | 1. Kel-Tec, model PF-9, 9mm Pistol, serial number SZK75<br>2. Century Arms, model AK63DS, 7.62 Caliber Rifle, serial number AK63DS-F05535 |

In fact, **Bryan Case** knew Straw Purchaser #2 was not the actual buyer/transferee of the firearm.

In violation of 18 U.S.C. §§ 924(a)(1)(A) and 2.

Indictment – Page 9

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 18 U.S.C. §§ 924(d)(1), 3665 and 28 U.S.C. § 2461(c)

As a result of committing the offense alleged in this indictment, the defendant shall forfeit to the United States of America pursuant to 18 U.S.C. §§ 924(d), 3665, and 28 U.S.C. § 2461(c) any and all firearms, ammunition and accessories subject to forfeiture based on the aforementioned statutes.

By virtue of the commission of the offense alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. §§ 924(d), 3665, and 28 U.S.C. § 2461(c).

TRUE BILL

_____
Date

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____
LUCAS MACHICEK
ASSISTANT UNITED STATES ATTORNEY

Indictment – Page 10

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 2:22-CR-____ |
| v. | § | JUDGES GILSTRAP/PAYNE ____ |
| | § | |
| BRYAN CASE | § | SEALED |

### NOTICE OF PENALTY

### COUNTS ONE-SIX

Violation:              18 U.S.C. § 371 and 18 U.S.C. §§ 924(a)(1)(A) and 2

Penalty:               Imprisonment for not more than 5 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years.

Special Assessment:      $100.00

Indictment – Page 11